IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1621-AP**

**RICHARD WARD,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion for Remand (doc. #12), filed May 7, 2008, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, this case shall be assigned to a different Administrative Law Judge.

Dated: May 8, 2008.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT