IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1621-AP**

**TRACEY RICHARD WARD,**

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

      Defendant.

## ORDER

Kane, J.

Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #17), filed June 11, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff's counsel, reasonable attorney fees in the amount of **$4,732.50**.

Dated at Denver, Colorado, this 11th day of June, 2008.

                            BY THE COURT:

                            *S/John L. Kane*
                            JOHN L. KANE, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT